*Koenigsberg* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for respondent.

No. 175. SOUTHERN RAILWAY Co. *v.* LUNSFORD, ADMINISTRATRIX. October 10, 1938. Petition for writ of certiorari to the Court of Appeals of Georgia denied. *Messrs. G. E. Maddox, Rembert Marshall, Sidney S. Alderman,* and *S. R. Prince* for petitioner. *Mr. Reuben R. Arnold* for respondent.

No. 176. SOUTHERN RAILWAY Co. *v.* GOREE. October 10, 1938. Petition for writ of certiorari to the Court of Appeals of Georgia denied. *Messrs. G. E. Maddox, Rembert Marshall, Sidney S. Alderman,* and *S. R. Prince* for petitioner. *Mr. Reuben R. Arnold* for respondent.

No. 178. UNITED STATES *v.* POWELL ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Solicitor General Jackson* for the United States. *Mr. W. R. C. Cocke* for respondents.

No. 185. UNITED STATES EX REL. U. S. BORAX Co. *v.* ICKES, SECRETARY OF THE INTERIOR. October 10, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Philip F. Herrick, William E. Colby,* and *Samuel Herrick* for petitioner. *Acting Solicitor General Townsend, Acting Assistant*